U.S. DISTRICT COURT
PO BOX 1148
Scranton. P.A. 18501

FILED
SCRANTON

JAN 0 5 2021

PER _____ DEPUTY CLERK

12-25-20

Page 1 of 20

(chief) Col. michael s. owl Feather - Gorbey

VS.                          NO. 3:21-CV-0016

(1)  A. King. Appointed Staff Rep. usp lewisburg.
(2)  B. chambers. DHo usp lewisburg.
(3)  spaulding. warden usp lewisburg
(4)  Bowlin. Administrative Remedy Coordinator usp lewisburg.
(5)  Marr. unit counselor. usp lewisburg.
(6)  Hicks. unit case manager. usp lewisburg.
(7)  Gauseiph. mail Room supervisor. usp lewisburg.
(8)  N.C. English. FBop N.E. Regional Director. Phila. P.A.
(9)  Ian Connors, FBop Central office Regional Director D.C.
(10) J. ordonez. SIS Lt. usp lewisburg.
(11) the united states.

Plaintiff Jury Demand _yes!_

_owl Feather - Gorbey's Consolidated Bivens - Federal Tort_
_claim lawsuit under 3/915(g) imminent danger._

(chief) Col. michael s. owl Feather - Gorbey
Monacan Nation
D.C. Doc 317611 Fed. 33405 - 013
usp lewisburg
po box 1000
lewisburg. P.A. 17837

Additional Parties to the suit

WHere. because of their Colludings. negligences & or WrongFul Acts Related To this Action. iF Not For their Alleged Judicial or Quasi Judicial immunities Which immunities Gorbey objects to & Finds unConstitutional both u.s. District Court Judge Robert D. mariani & U.S. Attorney Navin Jani Would be Personally Named DeFendants in this suit. However. in such Events the United states stands liable in their Place see. 28 USC § 2671 - 2680 the Federal Tort Claim Act.

Providing ReliеF & Money Damages - Compensations For negligent - WrongFul Acts oF Any Federal Employee. Richards vs. United states 369 U.S. 1. 6. (1962)

## Claim oF suit

claim (1) The DeFendants Named. Chambers. King. Spaulding. Bowlin. Marr. Hicks. English. Gausetph. Conners & ordonez the United states Have Colluded With or in sequence To other Participants. Judge Robert D. mariani & or U.S. Attorney Assistant Navin Jani. through (Patterns oF Misconducts) To Assist & or Cover up For F.C.i. Estill Prison staff. subjecting Gorbey To Physical Assaults While Failing To Keep Gorbey saFe. As clear Retaliations For Gorbey's Filing on Prison & Court staff misconducts & or then Abusing use oF the F.Bop Discipline Process Against Gorbey To Attempt To Cover it up. (While) Colluding & or Participating in Denying Gorbey Court RelieFs & meaningFul Access To Further the Retaliations While Failing To Address the Assault. obstructing Justice & Keeping Gorbey in

Constent threat of Further Assaults or death

## Statement of Facts

Gorbey is well known For whistle Blowing & Filing valid Complaints on Prison & Court staff misconducts. & Had been Doing so while At FCI Estill 2019-2020.

On About 3-16-20 several inmates Attack Gorbey in His Cell C-A-224 FCI Estill while unit officer Mastro watch & Fail to keep Gorbey safe. because Gorbey Has misconduct Complaints pending on mastro & when the Assault Fail to seriously Disable or kill Gorbey & He broke Free From the cell officer mastro then sounded An alarm & Try to Cover it up by Abusing Discipline Process on Gorbey on A False intoxication charge.

Gorbey was place in FCI Estill shu pending dho proceedings but on 4-17-20 got Transfer to usp lewisburg, PA.

Where usp lewisburg staff Place Gorbey in shu pending cmu Reclassification & violated Due Process by not Giving Gorbey Any 24 Hour Notice of usp lewisburg Discipline Proceedings or Any opportunity to select A staff Rep or witnesses.

Where lewisburg warden spaulding without giving Gorbey Any Notice Appointed mr. Ring to be Gorbey's staff Rep. on 4-29-20 & mr. king Accepted & Acknowledge His Duties.

Where on 4-29-20 About 5 minutes before A surprise dho Hearing mr. king pop up At Gorbey's lewisburg G-Block cmu cell Explaining He was Gorbey's staff Rep. A Hearing was taking place immediately & He king was not obligated to Assist Gorbey in ANY manner

with witnesses or evidence & was only obligated to stand beside Gorbey at the DHO Hearing. While Gorbey's Celli, Mr. Cook-64065-056 witness this exchange. & gave an affidavit regarding it.

Where. Gorbey was then taken immediately before Lewisburg DHO chambers whom stated He did not care if staff Rep. King was refusing to assist Gorbey. that He chambers was not allowing Gorbey any of His witnesses or evidence but He was gona contenue the proceedings & himself exparte contact FCI Estill staff to see what went on & if they allege Gorbey was guilty. Gorbey would Pay the devil for it.

Lewisburg DHO chambers then exparte contacted FCI Estill Lt. Shaffield & SIS Jones & Had them to issue memorandums & then on 5-5-20 chambers conducted a 2nd Hearing convicting & sanctioning Gorbey while ignoring Gorbey's written & verbal objections about staff Rep. Mr. King. the exparte communications & the denial of witnesses & evidence & the covering up of the assault keeping Gorbey in imminent danger.

Where. immediately upon arriving at USP Lewisburg. Gorbey sent notice to Lewisburg SIS about the FCI Estill events & the contenued threat of further assault to no avail.

Gorbey then filed FBOP Administrative Remedy complaints on Lewisburg SIS for failing or refusing to investigate the assault & dangers. & eventually was interview by Lewisburg SIS Manning & Ford whom took no action & Gorbey contenue His complaints to no avail.

on 6-3-20 DHO chambers issue His DHO Report which

Was Deliver to Gorbey via. institutional mail 6-5-20 & Gorbey immediately Filed A Bp10 N.E. Region Appeal As chambers clearly violated Gorbey's Rights & Even lied claiming Gorbey made no objections to Staff Rep. King Refusing to Assist Him.

Where then the N.E. Region Fail or Refuse to timely Process Gorbey's Bp10 Appeal within the 30 Days Allow Per Policy so Gorbey on 7-5-20 Exhausted His Remedies by Filing A Bp11 Central office Appeal.

Where then in About August 2020 Both Gorbey's Bp10 & Bp11 Appeals were Error Rejected. & Forcing Gorbey to Contenve suffering sanctions And threats of Further Assaults without Appeal.

Where Also in About August 2020 lewisburg SIS Lt. ordonez & mr. Ford. Again Enterview Gorbey Regarding the FCI Estill Events Due to Gorbey's Diligent Filing & 2 inmates were subsequently Identified. As Participants in the FCI Estill 3-16-20 Assault And we must Note that the memorandum issue to Otto chambers by FCI Estill SIS Jones in May 2020 Also Acknowlege other inmates being Envolved in the Events yet. Both SIS & Otto chambers Fail or Refuse to properly investigate & Deliberately Error Process Gorbey on the Fabrecated Discipline charges (to) Cover up the Assault & Staff misconducts (While) lewisburg SIS ordonez Identifying 2 inmates Envolved took No Actions Against those inmates or to Rectify the Events (While) leaving Gorbey At threat & making matters Even more threatful by Releasing information Regarding Gorbey's Complaining through the 2 Identified inmates to USP lewisburg general Population. (While) Gorbey is Now

Designated To Another Prison With Atleast 200 or more
of those NcW Hostile inmates. Threatning Further
Assault or death.
  WHere. Gorbey sought Relief in the Courts 3:20-cv-806-RDM
For the Damages & Dangers He suffer & Faces yet. the
Court Judge mariani Exparte Colluding With Government
Attorney Navin Jani & FBop staff in Proceedings.
Abuse use of § 1915(g) As AN Affirmative Prohibitive
Financial barrier & shut Gorbey out of Court WHile
Also Judge mariani & Attorney Jani Further Colluded
To impede Gorbey Proper - Timely Habeas Reliefs Forcing
Gorbey To suffer the unJust FBop Discipline Actions &
sanctions WHile Keeping Gorbey in imminent Dangers.
(WHile) lewisburg staff Further Colluding impede Gorbey
Equal Protection Access to the Cares Act $1,200.00
Stimulos checks To Deny Him Court Filing Fees &
Commissaries WHile subjecting Him To the Events.


                  Grounds For Relief.


Issue (1)  DHo chambers.
    chambers Knowingly violated Gorbey's Due Process
Rights. To Further Abuse Discipline Process Against
Gorbey WHile Knowingly Covering up A Physical Assault
& Keeping Gorbey At threat of Further Assaults or Death.
(a)  chambers Proceeded With DHo Proceedings At lewisburg
WHile Knowing Gorbey Was Never UDC At lewisburg & Not
given Any 24 Hour Notice of the lewisburg Proceedings.
Any chance to select A staff Rep.
(b)  chambers Knowingly Allow Appointed staff Rep To Not
Assist Gorbey With Witnesses & Evidence. WHile He

Discarded Gorbey's written objections to MR. Kings ineffectiveness & Even lied in His DHO Report that Gorbey made no such objections

(c) Chambers violated due process denying Gorbey valid witnesses & Evidence. For His defence. DR. Tipiani Whem could Have testify to Gorbey's Medical Conditions & Drug Facts. & or those Drug Facts As Evidence. Lt. Barrett. unit manager Smith & Counselor Bryant Whem could Testify to Gorbey's Condition on 3-16-20.

(d) Chambers violated impartiality by Exparte Contacting FCI Estill staff outside the DHO Hearing Regarding the DHO charges & then Conducted a 2nd Hearing on 5-5-20 to Convict & Sanction Gorbey.

(e) on 5-4-20 Chambers Recieved a memorandum From FCI Estill SIS Jones As Well As in His Exparte Communications With Jones & Shaffied Which inform Chambers that other inmates were Envolved Evidencing the Assault Gorbey Complain About yet. Chambers Discarded that information & Deliberately Attempted to Assist in Covering up the Assault & staff misconducts by Knowingly unjustly Processing Gorbey on the Disciplinary charges issuing Heavy sanctions (to) Attack Gorbey For bringing the issues to the light. While Knowingly Keeping Gorbey At threat of Further Assaults or Death.

issue (2) A. King. Appointed staff Rep.
    on About 4-29-2020 MR. King sign a Contract Agreement to Effectively Assist Gorbey At Lewisburg DHO Proceedings. Form BP-A0306 Which is Government Ex. 1. Attachment E. p. 1. in Habeas Case 3:20-cv-1360/1364 And

(Acknowledging) His duties As staff Rep. yet, then Deliberately Refuse to uphold them Refuse to Assist Gorbey With any Witnesses or Evidence & Assisted in Processing Gorbey on, unJust Discipline Actions & sanctions (to) cover up the Assault & staff Misconducts (While) keeping Gorbey At threat of Further Assaults & Death.

Where (the DHO Report) issued 6-3-20 in several Pages list that Gorbey verbally & in writing Contested the charges & sought Witnesses & Evidence For His Defense, & Argue that He was Assaulted While staff Fail to keep Him safe & Abuse use of this Discipline Action to Cover it up, including noting these facts in section 11 of the DHO Report As mr. Kings statement to DHO. yet, claims in section 11 that Gorbey made no specific Requests of Him As staff Rep. Which is in Conflict With Gorbey's statments, Witness inmate Cook's Affidavit & Notations made by DHO Chambers throughout the DHO Report, & clearly Evidencing that staff Rep. mr. King (Deliberately) ineffectively Assisted Gorbey While Knowingly Assisting in Abusing Discipline Actions & sanctions Against Gorbey (to) Cover up Assault & staff Misconducts (While) Knowingly keeping Gorbey At threat of Further Assaults or Death.

issue (3)   mR. spaulding. Warden.

spaulding is Participating on several levels.

(a)   spaulding being the Warden was obligated to see that Gorbey & Any other inmate At His Facility undergoing Discipline Proceedings is Due 24 Hour Pre Notice & the opportunity To select A staff Rep+Witnesses P.S. 5270.09 § 541.5 (a) this is Done by serving the inmate A Copy of the

charge & Conducting A (UDC) Unit Discipline Hearing & Having the inmate sign A BP-A0293 Inmate Rights Form & BP-A0294 Notice of DHO Hearing Form. For (Any & All) charges being sent To the DHO.

This is A Facility by Facility. Warden by Warden Duty & or obligation 3541.2 Application section 7

Yet. warden spaulding Knowing violated & Allow His staff To violate Gorbey's Due Process Rights At USP lewisburg by Not Affording Gorbey Rights He is Due Regarding the USP lewisburg Discipline process.

(b) Warden spaulding is Also Allowing Unit Teams & the Remedy Coordinator Bowlin To violate Policy & To impede Gorbey's Remedy Appeals by Deliberate Delays in Delivering Responses & or Rejections, & Refusals To Provide letterHeads.

By Design To Force Gorbey To be Deprived of Meaning ful Appeals. & Exhaustion of Remedies. To Force Gorbey To suffer Discipline Actions & Sanctions.

(c) Warden spaulding is Also As Admitted by spaulding On About 12-3-2020 working with the mail Room supervisor MR. Gauseiph to impede Gorbey's Reciept of Funds including but Not limited to Cares Act Stimulus checks 2020. (To) Knowingly Deprive Gorbey of Needed Court Filing Fees & or Commissaries. (To) impede Gorbey's Court Access.

All (While) violating 18 USC §4042(a)(3) & P.S. 5270.09. 3541.1 Purpose, Which, Explains that the F.Bop Discipline Process will Not be used in Arbitrary. Capricious & or Any Retaliatory manner

issue (4) MR. Bowlin, lewisburg Remedy Coordinator

MR. Bowlin works in the wardens office As Remedy Coordinator & is Recieving local Region & Central office Appeal Responses &

or Rejections & NOT Having them Properly Deliver & Noted Date
of Delivery To Gorbey To Preserve Gorbey's Rights For Appeal
but Rather. Bowlin is Holding these Responses & Rejections
until the Time For Appeal or Re Application is Expiring or
overly Expired & then Bowlin Dumps them in the Prison
institutional general Population mail (to Prevent) Gorbey
From Having ANY Way To Prove the Actual Date of Delivery
(To impede) Recieving Any Letterhead or Any Further Appeals
& Exhaustion. violating P.S.1330.16 inmate Remedy Process.

this is Done by Bowlin (with Deliberate intent To) impede
Appeals & Exhaustion of Remedies (to) Force Gorbey To
suffer the issues Complain About. including but NOT
limited To "Dangers or Harms" & or "unjust Discipline
Actions & sanctions". which (then) becomes A Constitutional
Concern. When. Government Attorney such As navin
Jani. As in Case 3:20-cv-1360/1364-RDM then Argues that
Gorbey should be Denied (Court Access) For Alleged Failure
To Exhaust Remedies. & clearly shows these Parties Acts
of Collusion & intent To Deprive Gorbey of Reliefs
While Keeping Him At threat of Further Assaults or Death.

issue (5)  MR. marr  lewisburg unit counselor.

MR. marr. JUST simply (Refuses) To Provide A letterHead
under Any Circumstance. Arguing He DON'T Do letterHeads
& its NOT His Problem Remedy Responses & Rejections
Are being Error Dump in the Evening mail. & Even
offten (Refuses) To Process Bp8 informal Complaints
on these Errors & misconducts. while, though Policy says
the Bp8 informal Process is NOT To opperate To impede
Formal Filing & inmates only Need To (Attempt) the
Bp8 Process (if) Available & the inmate only Need To

show proof he attempted that Bp8 informal process (if) available such as declaration of Filing or a copy of the Bp8 see. P.S. 1330.16 the Remedy Process. Counselor marr & Mr. Bowlin collude together by not Processing or answering many Bp8 informal complaints & then Mr. Bowlin will not accept (anything) even a copy of the Bp8. As Proof one was ever Filed or attempted & demands unconstitutionally that (only) the Bp8 & a Response by staff. Can. suffice to show the attempt & therefore clearly using the informal Bp8 Process to impede Formal Filing which Bowlin & marr have done atleast some 18 times to Gorbey since 4-17-2020. Forcing Gorbey to suffer dangers, damages & unjust discipline actions & sanctions

issue (6)   Mr. Hicks. unit case manager lewisburg.
      where. like marr. Mr. Hicks won't provide letterheads. knowing Remedies are being dump in institutional mail (to) impede Appeals & Exhaustion Hicks simply argues that if He did not deliver it to Gorbey. He's not providing any letterhead. (to) Impede Exhaustion & court access violating Policy P.S. 1330.16 (while) knowingly Forcing Gorbey to suffer dangers. damages & unjust discipline actions. see. Example. Bp10 Response 1023909-R2. dump in institutional mail (4 days after) the Time For appeal Had Expired. where. officer Goodrum was Professional enough to initial & date the cover page to allow Gorbey verification of the date of delivery (to) Justify unit Team issuing a letterhead 12-14-2020. yet. Both Hicks & marr (Refuse) to Provide any such letterhead. impeding Exhaustion. & subsequently Possibly impeding court access.

issue (7)   mR. Gausetph . mail Room supervisor. lewisburg.

(a)   Gausetph is Having His staff to Reject & return to sender All of Gorbey's Funds. (To) Deprive Gorbey of Court Filing Fees & Commissaries, since 4-17-20.

(b)   Gausetph Has His staff to (Repeatedly) Treat Court mails As general Coorespondance mail & then Delay Delivery until the Times For Response is Expiring or Already Expired. since 4-17-20 To Date & Continuing.

(c)   Gausetph Has His staff to (Repeatedly) Error Copy Gorbey's mail. only Providing some or 1/2 of the Pages sent. All violating PS. 5265.14 inmate Correspondence Policy (To) Impede Gorbey's Court Access & (To) Force Gorbey To suffer Dangers, Damages & staff misconducts since 4-17-20 To Date & Continuing.

issue (8)   N.C English . FaBop N.E. Regional Director. since Gorbeys stay At usp lewisburg 4-17-20 To Date & Continuing. English Has (Repeatedly) impeded Gorbey any Proper, Timely or meaningful Access to the local NiE. Region Remedy Complaint & Appeal Process (Repeatedly) Forcing Gorbey To suffer Dangers & Damages.

(a)   English is Not Timely Processing Bp10 Appeals or Bp9 sensitive Complaints. within the 30 Days Allow Per Policy. (Repeatedly) letting the Pleadings set. 3-6 (months) before Even loging them in or Processing them.

(b)   English & His staff Are then Error Rejecting 90% of the Bp10's Filed. claiming Damages Caused beyond the inmates Controle Are Contributed To the inmate. see Example. #1038321-R1 AN initial Otto Appeal Filed in this Case To incident Report 3379061. Bp10 Filed 6-5-20. yet Not Even key in the system until August 6. 2020. some 3

months later & Error Rejected claiming Gorbey could not
Remove the Part c Reciept that is Design (to be Removed)
As Gorbey's Evidence of Filing. & that Gorbey was to be
Held Accountable For (Carbon copy Damages) caused After
Gorbey submitted the Appeal. Which is A Frustration
Process Design to get inmates to give up on Appeals &
To (Prevent) Exhaustion. As under Normal circumstances
it is an issue (uncurable by the inmate) & will only
Recur Every time the inmate submits the Appeal. & English
clearly Knows this & that such Acts Force Gorbey to suffer
the Dangers, Damages & misconducts Complain About.

(c) English is simply Deliberately Denying Gorbey Reliefs
He is Entitled To. see. Bp10 # 1023909-R2 on violations of
Gorbey's Native Religious Rights & Access. As English on
11-10-20 Claim it is Constitutionally Proper For lewisburg
Warden & chaplain To Abuse use of their Religious Policy
(Institutional supplement 5360.09(H) To Deny Natives Any
Religious Access in 6 month Period that Any Discipline
seg. Time is issued. thus Using Religious Access As A
Arbitrary. Capricious. Retalitory Sanction. & only Provide
Natives in shu. Religious Access 2 Times A year once
Every 6 months otherwise. clearly violating Native 1st
& 14th Amendment Rights (while All other Faith groups) get
weekly services. Even those on Disciplinary seg. And.
see Also. Dth Appeal. 1038321-R2. where. English Knows that
Gorbey's Due Process was multiply violated (while) the charge
was being used Arbitrarely. Capriciously & Retaliatory (To)
Cover up Physical Assault & staff misconducts. English
Forcing Gorbey to suffer the Unjust sanctions Has Also
Knowingly Kept Gorbey in threat of Further Assaults or
Death. see. Bp10 Appeal 1038321-R1 & R2 listing. Evidence of

(1) F.Bop code 199 being AN UNConstitutional Catch All code.

(2) DHO chambers violating Impartiality.

(3) Gorbey being denied 24 Hour Notice of Lewisburg DHO Proceedings.

(4) Gorbey being denied (opportunity to) select A Lewisburg Staff Rep.

(5) Appointed staff Rep. King Failing, Refusing to uphold His duties & Effectively Assist Gorbey.

(6) denial of Witnesses & Evidence. For defense.

(7) Memorandums given by Estill Sis Jones. (Evidencing) other inmates Envolved. Assault & staff Failure or Refusal to investigate & Abuse of discipline process. Yet. With this Host of due process & Equal Protection violations English Has deliberately Fail or Refuse to Provide Gorbey Reliefs. (To) Assist these defendants in these misconducts.

issue (9)   Ian Connors. Central office Regional director.

Connors Has been Retaliating & deliberately Allowing misconducts & denying Gorbey Reliefs For years. & More Conserning is (in the Events of) such Abuses of the inmate discipline Process (to) cover up Assaults & staff misconducts. see. BP11 Appeal 1008095-A3 For incident Report #3287668 For Alleged (2011) Fighting. F.Bop Cameras show. 2 inmates with weapons Attempting to seriously Assault or Kill Gorbey (while) unit staff watch & Fail to Keep Gorbey safe. & yet the FBop does Not Allow self defense under Any circumstances (itself) being AN imminent danger claiming Gorbey is obligated to suffer the serious Assault or death. (or) suffer discipline Action. so Connor deny Gorbey Appeal Relief. 12-2-2020.

& yet. because of this. Not 8 months After this Assault & Abuse of discipline Actions Took Place At F.C. at Cumberland.

md. on 7-31-19. Gorbey Again suffer similer Events At Fci Estill s.c. on 3-16-20. Which these Dependants & other Parties Are Colluding To Cover up As Well & clearly showing A (Pattern of misconducts) Evidencing the likelihood of serious Physical injury or Death. see.
Martin vs. shelton 319 F.3d. 1048. 1050 (8th cir. 2003)

   Where. clearly. Connors is At it Again. because when the local N.E. Region Fail to Timely Process Gorbey's initial Bp10 # 1038321-R1 Filed 6-5-20 & Gorbey in Accordance With Policy Filed His initial Bp11 # 1038321-A1 on 7-5-20 Then Exhausting His Remedies. 28 CFR §542.18. Connor Deliberately Refuse To Address Gorbey's issues Rejecting His Bp 11 (Knowing) Gorbey Was serving sanctions Without Availability of Any Appeal (on) charges Used To Cover up Assault & staff misconducts. & still Today Forcing Gorbey To suffer i
Tsosie. vs. Garrett 409 Appx 262 (2010)
   obligations to keep Gorbey safe.
Farmer vs. Brennen 511 US 825. (1994)


issue (10)   J. Ordonez . usp lewisburg sis.
   upon Ariving At lewisburg 4-17-20 Gorbey Promptly Notified sis that He Had been Physically Assaulted At Estill & No investigation Was Conducted & since All Estill inmates were brought To lewisburg With Gorbey He Was Exposed To imminent threat of Further Physical Assaults or Death. yet. Ordonez & His sis staff Refuse To Take Any Action leaving Gorbey At threat & To suffer Abused Discipline Process.
williams vs. Bledso 2013 US Dist. lexis 143804. 2013 WL 5803848 at *18 (md. Pa. 11-3-2013) obligation to keep Gorbey safe!
   Where. Gorbey Even Went As Far As Filing Remedy Bp8.

BP9.10 & Complaints on SIS & Providing Direction to Assailants Envolved. & yet. still SIS., Warden Spaulding. Unit Team. Bowlin. Capt. Konkle. English & occoner Fail or Refuse to investigate. Colluding to Assist FCI Estill Staff in Covering up the Assault & Staff misconducts. Where, on 5-4-20 Estill SIS Jones gave A memorandum listing other inmates being Envolved. but (He) Fail to do Any investigation As Did Lewisburg SIS & other Staff.

Where, then Gorbey Diligently Complaining. underwent 2 seperate Consultations with Lewisburg SIS in Regards to these issues between June & August 2020 & yet they still Refuse to investigate & Address the issues leaving Gorbey in threat of Further Attacks.

Where, then in late August, 2020. J. ordonez. whom knew About these Participants All Along. claim He then Identified 2 Participants, in the 3-16-20 Events, People shown on Camera seen by SIS Jones At Estill. & People pointed to by Gorbey in Remedy Complaints & Earlier lawsuits 3:20-CV-806-RDM. 3:20-CV-857-RDM. & Habeas Proceedings. 3:20-CV-1360/1364-RDM. Note it is unclear which # 1360 or 1364 is the Proper Case # Due to Court Errors & Reportings. As (the Court) Has Cited Both Case #'s in Pleadings Regarding that Case.

yet. While ordonez (Now) Identifies 2 Participants. He Has Done (Nothing) to Rectify the Failure to Address An Assault & Abuse of Discipline Process on Gorbey & only succeeded in Accelerating the threats by Notifying the 2 inmates they Are Identified & Allowing them to Notify Lewisburg general Population Causing Even more Animosities towards Gorbey While Gorbey is Now Designated to Another Facility in West Virginia Where

Atleast 200 or more of those Hateful inmates Have been
Also Designated. Contenuing the threats to Gorbey's safety.
Especially since some of the People From those specific 2
peoples groups & gangs Are Designated there.
Farmer vs. Brennon. 511 us. 825 (1994)
officials "must" Take Reasonable measures to Keep Gorbey safe.


Issue. (11)   the United States.

   where. while the United States is liable For the Actions
of these. F.Bop Staff. the United States is Equally liable
For negligent-Wrongful Acts of Judge R.D. mariani &
US. Attorneys Freed & Nani. 28 USC § 2671-2680.
   the (F.T.C.A) Holds the United States liable For negligent-
wrongful Acts of Any Federal Employee, Acting within
their official Capacity. Richards vs. United States 369 u.s. 1.6. (1962)
   while Judges & Gov. Attorneys. Qualify As Any Federal
Employee & Any such Personal immunities do Not Extend
to Quash the (F.T.C.A). Williams. 775 F.3d. at 1189.
   the PLRA is intended to impose Costs of litigations on
Prisoners, its Purposes do Not Extend As far As
immunizing Errors by Courts or Gov. Attorneys. see.
Thomas vs Holder 350 F.3d. 894, 904-09 (D.C. cir 2014)


(a)  Judge Robert D. mariani.
   Judge mariani Retaliating For Gorbey's Judicial & other
Complaints Has been Exparte Colluding with Government
Attorneys & F.Bop Staff. mooting motions For
sanctions on Defendants For Further misconducts
& mooting Recusal motions while Abusing Use of 1915(g)
As An Affirmative Prohibitive Financial bar while at
the same time Colluding to impede Gorbey Habeas Reliefs

knowingly subjecting Gorbey to the Dangers & Damages & becomming the Cause of Gorbey's Conditions of Confinement. see. 3:20-CV-806-RDM; 3:20-CV-867-RDM; 3:20-CV-1050-RDM; 3:20-CV-1150-RDM; 3:20-CV-1227-RDM; 3:20-CV-1360/1364-RDM; 3:20-CV-1457-RDM; 3:20-CV-1713-RDM. While Cases 806, 867, & 1360/1364 Directly Relate to the issues Here. Where the Hostile Judge Has violated Gorbey's Rights & Prevailing laws Forcing Gorbey to suffer Dangers & Damages see. 28 USC § 351(a) Judicial Conduct Prejudicial to the Effective & Expeditious Administrations of the business of the Courts.

(b) Government Attorneys Freed & Navin Jani.
    Where. While Government Attorneys Are Entrusted & obligated to Proceed in the Public inTrest of Justice. These Hostile Attorneys Are Doing the opposite & Act to obstruct Justice.

(1) In Case # 3:20-CV-1150-RDM Gorbey vs. Warden. Cameras show 2 inmates Attack Gorbey With Weapons While Staff Watch & Fail to keep Gorbey safe & then Abuse Discipline Process on Gorbey For Defending Himself & yet. Gov. Attorneys Freed & Jani. Argue to the Court that this Foolishness is within the Public inTrest of Justice & Gorbey should be Deny Relief & suffer Additional Time in Prison After suffering loss of Privitiges & Transfer because of it. A Clear Mocker & Farce of Justice. Which is Part of the imminent Dangers Gorbey Faces.

(2) Case(s) 3:20-CV-806-RDM & 3:20-CV-1360/1364-RDM Attorneys Freed & Jani Argue that Gorbey should be Denied Compensations For staff subjecting Him to Physical Assaults & Abusing Use of Discipline Process to

Cover it up. & that Gorbey should be deny Habeas Reliefs & should suffer loss of Priviliges & Extended Stay in Prison As A Result.

Where the Government Attorneys clearly list in their Responses the Due Process violations such as denial of 24 Hour Notice of Hearing. or that Policy Allows A Prisoner to Proceed with Appeals when A timely Response is Not provided below. yet then obstructs Justice by claiming (Gorbey) should not obtain these Reliefs or Equal Protections of law or Policy. & clearly Simply Colluding to Assist FBop Staff in Further Abusing Discipline Actions to Cover up Assaults & Staff misconduct (While) Keeping Gorbey in imminent Dangers of Further Assaults or Death. For which the United States Stands liable. 28 USC §2671-2680. Richards vs United States 369 U.S. 1. 6 (1962)

## Relief Sought

(1) I Demand $250,000,000.00 million Dollars

(2) I seek injunction to Release me From F.Bop Custody on supervised Release Pending Termination of my DC. State Sentence And or Termination of that Sentence as the FBop Has been unable to keep me Safe. While the F.Bop & Courts Collude to Cover up Assaults & to Abuse Use of Discipline Process Against me. & As long As I Remain in Any F.Bop Custody I Remain in imminent Dangers.

(3) I seek injunction to Allow me self Defence in the Events of Any Assault when Staff Fail to keep me Safe.

(4) I seek Reform injunction of §1915(g) to Prevent Courts from Abusing it as a Prohibitive Financial bar.

(5) I seek injunction to Reform the Judicial & Quasi Judicial Complaint process.

(6) I seek A Hearing necessary to Defend.

(chief) Col. Michael S. Owl Feather - Gorby
Monacan Nation
D.C. DCC 317611 Fed. 33405-013

Declaration of mailing §1746 & §1621

I Gorby declare that on 12-25-20 I deposit this suit & All Attachments in USP Lewisburg Internal legal mail system by 1st class U.S. indigent inmate mail.

(chief) Col. Michael S. Owl Feather - Gorby
Monacan Nation
D.C. DCC 317611 Fed. 33405-013
USP Lewisburg
PO Box 1000
Lewisburg. PA.
17837.

Inmate Name: _Michael Siodul(Feather~Gorbey_
Register Number: _3340S-013_
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

8 1 DEC 2020

RECEIVED
SCRANTON

JAN 0 5 2021

_____PER
DEPUTY CLERK

(legal-special mail)

open only in presence of
(Gorbey or the U.S. Court)

clerk of court
United States District Court
P.O. Box 1148
Scranton, PA.
18501